UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PABLO RAMON GUERRERO,

Petitioner,

v.

DEBORAH BORGAS,

Respondent.

Case No. 3:26-cv-00154-MMD-CSD

ORDER

Petitioner Pablo Ramon Guerrero filed an unopposed motion for a 61-day extension of time to file his amended petition. (ECF No. 10 ("Motion").) This is Guerrero's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 10) is granted. Guerrero has up to and including September 13, 2026, to file his amended petition.

DATED THIS 16th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE