UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PABLO RAMON GUERRERO, Petitioner, v. DEBORAH BORGAS, Respondent. | Case No. 3:26-cv-00154-MMD-CSD ORDER |

Petitioner Pablo Ramon Guerrero filed an unopposed motion for a 60-day extension of time to file his amended petition. (ECF No. 14 ("Motion").) This is Guerrero's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 14) is granted. Guerrero has up to and including January 12, 2027, to file his amended petition.

DATED THIS 18th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE